IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRMENTO DIVISION

| | |
|---|---|
| STEVEN YATES, an individual, | Case No. 2:22-cv-01081-TLN-DB |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL** |
| v. | |
| CHEESEBURGER RESTAURANTS, INC., a California Corporation, and DOES 1-10 | Trial Date: None Set |
| Defendants. | |

1  Having read and considered the request by Defendant Cheeseburger Restaurants, Inc.
2  Request to Seal Documents in support of its Motion to Dismiss, and good cause and compelling
3  reasons appearing therefor, the Court hereby GRANTS Defendant's Request with respect to
4  the documents listed below.

- Defendant's Memorandum in Support of its Motion to Dismiss; and
- Exhibits 1-3 of the Declaration of Ali S. Razai in support of Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: August 12, 2022

Troy L. Nunley
United States District Judge