UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN YATES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CHEESEBURGER RESTAURANTS, INC.,<br><br>　　　　　Defendant. | No. 2:22-cv-01081-DAD-DB<br><br>ORDER STRIKING DOCUMENTS RELATED TO DEFENDANT'S MOTION TO DISMISS AND CLOSING CASE |

On August 24, 2023, defendant filed a status report informing the court that it formally withdraws its motion to dismiss (Doc. No. 6) and agrees that all document related to that motion (Doc. Nos. 6, 7, 8, 9, 12, 14, 22), including the attachment to plaintiff's response to the court's order to show cause (Doc. No. 24-1), should be stricken from the docket. (Doc. No. 29.)

Accordingly,

1. Defendant's motion to dismiss (Doc. No. 6) is withdrawn;

2. The court strikes the following documents related to the withdrawn motion to dismiss from the public docket: Doc. Nos. 6, 7, 8, 9, 12, 14, 22, 24-1;

3. The Clerk of the Court is directed to update the docket to reflect that the following documents have been stricken: Doc. Nos. 6, 7, 8, 9, 12, 14, 22, 24-1; and

/////

/////

1

4. The Clerk of the Court is directed to now close this case.

IT IS SO ORDERED.

Dated: **August 25, 2023**

                                                UNITED STATES DISTRICT JUDGE